# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DISTRICT

TRUSTEES OF OHIO OPERATING
ENGINEERS HEALTH AND
WELFARE PLAN,

    Plaintiff,    Case No. 2:14-cv-1439
 v.          JUDGE GREGORY L. FROST
            Magistrate Judge Norah McCann King
JASON FIELDS, et al.,

    Defendants.

## ORDER

  This matter is before the Court for consideration of Plaintiff's Second Motion for Default Judgment against Defendant April Fields.  (ECF No. 19.)  Previously, the Clerk filed an entry of default against Defendants on March 2, 2015.  (ECF No. 18.)  The Court **GRANTS** the motion and enters a default judgment imposing a constructive trust, equitable lien, and restitution against Defendant April Fields in the amount of $26,539.57.

  **IT IS SO ORDERED.**

            /s/ Gregory L. Frost
            GREGORY L. FROST
            UNITED STATES DISTRICT JUDGE